IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03062-SKC-MDB

MARK KOSTELIC,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State of Colorado,

    Defendant.

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED SCHEDULING ORDER

Under District of Colorado Local Rule 6.1, Plaintiff, Mark Kostelic, and Defendant, Jena Griswold, in her official capacity as Secretary of State of Colorado, jointly move for a 42-day extension of time for the parties to file a Proposed Scheduling Order up to and including May 26, 2025.

1.    On November 1, 2024, Plaintiff filed his Complaint in this matter. (Doc. 1).

2.    Defendant's response to the Complaint was initially due on March 31, 2025. (Doc. 9).

3.    On February 2, 2025, Magistrate Judge Maritza Dominguez Braswell ordered the parties to file a Proposed Scheduling Order on or before April 14, 2025. (Doc. 10).

4.     On March 31, 2025, the parties stipulated to extend the deadline for Defendant to respond to the Complaint by 21-days to April 21, 2025. (Doc. 11).

5.     The parties have been working in good faith on the proposed scheduling order, but now believe it is appropriate to extend the deadline to file the Proposed Scheduling Order in this matter as the deadline to respond to the Complaint has been extended. This will help the parties clarify the necessary disclosures, discovery, proposed undisputed facts, and other details required under the Court's model scheduling order.

6.     The parties have not previously moved for an extension of time on this deadline.

Accordingly, under Local Civil Rule 6.1, the Parties jointly move for a 42-day extension of time to file a Proposed Scheduling Order up to and including May 26, 2025.

Respectfully submitted this 11th day of April, 2025.

|  |  |
|---|---|
| */s/ Cortland C. Putbrese* <br> Cortland C. Putbrese <br> DUNLAP BENNETT & LUDWIG PLLC <br> 6802 Paragon Place, Suite 410 <br> Richmond, VA 23230 <br> Telephone: (804) 977-2688 <br> Email: cputbrese@dbllawyers.com <br><br> William W. Flachsbart <br> DUNLAP BENNETT & LUDWIG PLLC <br> 333 N. Michigan Ave. Suite 2700 <br> Chicago, IL 60601 <br> Telephone: (312) 551-9500 <br> Email: wflachsbart@dbllawyers.com <br><br> *Attorneys for Plaintiff Mark Kostelic* | PHILIP J. WEISER <br> Attorney General <br><br> */s/ Peter G. Baumann* <br> *PETER G. BAUMANN* <br> Senior Assistant Attorney General <br> Public Officials Unit / State Services Section <br> 1300 Broadway, 6th Floor <br> Denver, CO 80203 <br> Telephone: (720) 508-6152 <br> Email: peter.baumann@coag.gov <br><br> *Attorney for Defendant Jena Griswold* <br> *Counsel of Record |

3